## **STATEMENT OF FACTS**

On or about May 7, 2015, officers with the United States Park Police, executed a D.C. Superior Court search warrant at xxxx Xxxxxx Road, S.E., Apt. xxx, Washington, D.C. While entering the apartment, officers observed defendant Kevin Adams, walking towards the apartment. Officers approached defendant Adams, and he started to run. During the chase, defendant Adams was observed throwing ziplock bags to the ground. Adams was stopped, and officers recovered 15 small zips containing a tan powder substance from the ground and $215 in U.S. Currency from his pockets. During a search of the apartment, Defendant Crystal Shaw was located in the living room area of the apartment. Defendant Shaw was found to have a sandwich bag with approximately 2 grams of heroin in her coin pants pocket. A search of the apartment revealed a loaded Ruger handgun, ammunition, $5,109.50 in U.S. Currency, mail matter in both defendants name, court papers in defendant Adams' name, digital scales, photos of both defendants, a large quantity of drug packaging materials, a tan powder substance, and a white rock-like substance. The white rock-like substance appeared to be crack cocaine. Recovered from outside directly below the open window was a loaded Hi-Point .45 caliber semi-automatic handgun, and a shopping bag containing a loaded Iver Johnson's Arms and Cycle Works .32 auto revolver. A portion of the tan powder substance field tested positive for heroin, and a portion of the white rock-like substance field tested positive cocaine. Both defendants were placed under arrest. During the execution of the search warrant, officers received information that both defendants lived in the apartment. The ziplock bags of heroin the defendant dropped outside the apartment, were identical to ziplocks recovered within the residence. The approximate weight of the suspected heroin was 22 grams, and the weight of the suspected crack cocaine was 77.5 grams, which is an amount indicating that the suspected heroin and crack cocaine were going to be sold to others rather than used exclusively by the defendants.

_____
INVESTIGATOR ANDREW KENESS
UNITED STATES PARK POLICE

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF MAY, 2015.

_____
U.S. MAGISTRATE JUDGE